**FILED**

07/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0176

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0176

MCKENZIE LYONS,

Petitioner-Appellee,

vs.

TRAVIS PALMER,

Respondent-Appellant.

## ORDER GRANTING APPELLANT'S MOTION TO DISMISS

Pursuant to Appellant's Motion to Dismiss by Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed.

DATED and ELECTRONICALLY SIGNED as noted below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2022